## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: _Gallagher v. The Unified Court System of the State of New York_ Docket No.: 26-198

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Justin Quinn Davis, Esq.

Firm: Dreyer Boyajian LLP

Address: Dreyer Boyajian LLP, 75 Columbia Street, Albany NY 12210

Telephone: 518-463-7784     Fax: 518-463-4039

E-mail: jdavis@dblawny.com

Appearance for: Rachelle Gallagher
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: William J. Dreyer, Esq., Dreyer Boyajian, LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: _____

Type or Print Name: Justin Quinn Davis, Esq.